CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:26-CR-00005-TLT |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM MAY 22, 2026, TO JULY 10, 2026, AND [PROPOSED] ORDER |
| v. | |
| VALENTINO GIOVANNI LUCHIN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant VALENTINO GIOVANNI LUCHIN, that time be excluded under the Speedy Trial Act from May 22, 2026, through July 10, 2026.

At the status conference held on May 22, 2026, the government and counsel for the defendant agreed that time should be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and forthcoming discovery. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until July 10, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from May 22, 2026, through July 10, 2026, from computation under the Speedy Trial Act

outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: May 26, 2026

_____/s/_____
E. WISTAR WILSON
Assistant United States Attorney

DATED: May 26, 2026

_____/s/_____
ELIZABETH FALK
Counsel for Defendant VALENTINO GIOVANNI LUCHIN

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on May 22, 2026, and for good cause shown, the Court finds that failing to exclude the time from May 22, 2026, through July 10, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 22, 2026, to July 10, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that time from May 22, 2026, through July 10, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ___May 26, 2026___

_____
HON. TRINA L. THOMPSON
United States District Judge

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 3:26-CR-00005-TLT                    2