CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:26-CR-00005-TLT |
| Plaintiff, | STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM JULY 10, 2026, TO AUGUST 28, 2026, AND [PROPOSED] ORDER |
| v. | |
| VALENTINO GIOVANNI LUCHIN, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant VALENTINO GIOVANNI LUCHIN, that the change of plea hearing scheduled for July 10, 2026, be continued to August 28, 2026, and that time be excluded under the Speedy Trial Act from July 10, 2026, through August 28, 2026.

Pretrial Services is undertaking a full pre-plea Conviction Alternatives Program (CAP) assessment of the defendant to determine whether he is eligible to participate in CAP. At the last status hearing before this court on May 22, 2026, the parties requested to set a change of plea hearing on July 10, 2026, with the understanding that the full CAP assessment may be completed by that time. However, the parties now understand from Pretrial Services that additional time will be needed to complete the full CAP assessment and that it will not be completed until late July. Counsel for the

STIPULATION TO CONT. HR'G AND EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 3:26-CR-00005-TLT       1

government and the defendant have scheduling conflicts in late July and early-mid August. Additionally, the government made a production of discovery to the defendant on May 29, 2026, which defense counsel needs time to review.

Accordingly, the government and counsel for the defendant agree that the July 10, 2026, change of plea hearing should be continued to August 28, 2026, and that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced.  For this reason, the parties stipulate and agree that excluding time until August 28, 2026, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from July 10, 2026, through August 28, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 16, 2026

_____/s/_____

E. WISTAR WILSON
Assistant United States Attorney

DATED: June 16, 2026

_____/s/_____

ELIZABETH FALK
Counsel for Defendant VALENTINO GIOVANNI LUCHIN

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the change of plea hearing scheduled for July 10, 2026, should be continued to August 28, 2026, and that failing to exclude the time from July 10, 2026, through August 28, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from July 10, 2026, to August 28, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the change of plea hearing on July 10, 2026, shall be continued to August 28, 2026, and that time from July 10, 2026, through August 28, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____June 17, 2026_____

HON. TRINA L. THOMPSON
United States District Judge