CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VALENTINO GIOVANNI LUCHIN,<br><br>Defendant. | NO. 3:26-CR-00005-TLT<br><br>STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME FROM SEPTEMBER 25, 2026, TO NOVEMBER 6, 2026, AND ~~[PROPOSED]~~ ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant VALENTINO GIOVANNI LUCHIN, that the change of plea hearing scheduled for September 25, 2026, be continued to November 6, 2026, and that time be excluded under the Speedy Trial Act from September 25, 2026, through November 6, 2026.

The Court previously granted the parties' requests for continuances of the change of plea hearing to allow the parties time to negotiate a potential pre-trial resolution of this case following Pretrial Services' completion of a full pre-plea Conviction Alternatives Program (CAP) assessment for Mr. Luchin, for defense counsel to review discovery, and to allow Mr. Luchin's Pretrial Services Officer, who completed Mr. Luchin's CAP assessment, to present at the hearing. Dkts. 25, 27. The parties need additional time to continue negotiating a potential pre-trial resolution and for the defense to review

discovery already produced. In addition, the parties are seeking to schedule the change of plea hearing for the November 6, 2026 date when counsel for both parties and Mr. Luchin's Pretrial Services Officer will be available to attend the hearing.

Accordingly, the government and counsel for the defendant agree that the September 25, 2026, change of plea hearing should be continued to November 6, 2026, and that time should be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing discovery already produced. For this reason, the parties stipulate and agree that excluding time until November 6, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 25, 2026, through November 6, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 22, 2026

/s/
E. WISTAR WILSON
Assistant United States Attorney

DATED: September 22, 2026

/s/
ELIZABETH FALK
Counsel for Defendant VALENTINO GIOVANNI LUCHIN

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that the change of plea hearing scheduled for September 25, 2026, should be continued to November 6, 2026, and that failing to exclude the time from September 25, 2026, through November 6, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 25, 2026, to November 6, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the change of plea hearing on September 25, 2026, shall be continued to November 6, 2026, and that time from September 25, 2026, through November 6, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: September 22, 2026

HON. TRINA L. THOMPSON
United States District Judge